**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

United States Court of Appeals
Fifth Circuit

**F I L E D**
November 2, 2009

No. 09-10043
Summary Calendar

Charles R. Fulbruge III
Clerk

LAURA WALKER BERNARD,

Petitioner-Appellant

v.

W. ELAINE CHAPMAN, WARDEN FMC CARSWELL; FEDERAL BUREAU
OF PRISONS

Respondents-Appellees

Appeal from the United States District Court
for the Northern District of Texas

Lower Docket Number 4:08-CV-599

Before. JOLLY, WIENER, and ELROD, Circuit Judges.

PER CURIAM:[*]

Petitioner-Appellant Laura Walker Bernard appeals the judgment of the
district court dismissing all of her claims against the Federal Bureau of Prisons
as an improper respondent to proceedings brought pursuant to 28 U.S.C. §2241,
and dismissing Bernard's application for a writ of habeas corpus pursuant to

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not
be published and is not precedent except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

§2241 for lack of standing and lack of ripeness or, alternatively, for failure to exhaust administrative remedies.

We have carefully reviewed the record on appeal, including the briefs of the parties, and have considered the law applicable to the facts as related therein.  Based on that review, we are convinced that the orders and rulings of the district court in this action are free of error and correct in all respects.  Accordingly, for reasons set forth in that court's Memorandum Opinion and Order filed November 22, 2008, the judgment appealed from by Bernard is AFFIRMED.